# Court of Appeals
# of the State of Georgia

ATLANTA,  September 18, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1963.  GRIFFIN v. THE STATE.**

The above-styled appeal was docketed in this Court on June 12, 2020. Pursuant to Rule 23 (a) of the Court of Appeals and the order issued by this Court dated August 12, 2020, the brief of the Appellant was to be filed in this Court by August 31, 2020. As of the date of this order, the Appellant (pro se) has not filed a brief or a motion for extension of time to file a brief.

The State's motion to dismiss is hereby GRANTED and this appeal is hereby DISMISSED. See Court of Appeals Rules 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/18/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*